**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PHILIP AUSTIN,<br>　　　　Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. |
| RENDA WEST,<br>VENTSISLAV KRAMOLINSKI, and<br>IMG TRUCKING, INC.<br>　　　　Defendants. | ) ) ) ) ) ) | |

## COMPLAINT

COMES NOW the Plaintiff, and for his cause of action against the above-named

Defendants, and in support thereof, states and alleges:

1.　　Plaintiff Philip Austin is an individual and a resident and domiciliary of the State of

Kansas.

2.　　Defendant Renda West is an individual and resident of the State of Kentucky, and may be

served with process at her residential address, 805 Vine Street, Hickman, Kentucky,

42050.

3.　　Defendant Ventsislav Kramolinski is an individual and resident of the State of Illinois,

and may be served with process at his residential address, 5221 N. Elston Avenue,

Apartment 1A, Chicago, Illinois, 60630.

4.　　Defendant IMG Trucking, Inc. is an Illinois company and may be served with process

through its registered agent, Irena M. Georgieva, 1707 N. 40th Avenue, Stone Park, Illinois 60165.

5.      There is complete diversity of citizenship and the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

6.      That the acts of the Defendants set forth herein happened within the State of Illinois.

7.      At all times material hereto, Philip Austin was employed by Unified School District 271 in Stockton, Kansas.

8.      On July 10, 2014, Philip Austin, while in the course of his employment with Unified School District 271,was traveling northbound on Interstate 57 while transporting a group of students from Nashville, Tennessee back to their home state of Kansas.

9.      At the time of the wreck which is the subject of this action, Defendant Renda West was the owner of the vehicle she was operating.

10.     At the time of the wreck which is the subject of this action, Defendant Ventsislav Kramolinski was an agent of the owner of the subject vehicle, Defendant IMG Trucking, Inc.

11.     Defendants West and Kramolinski were negligent in operating their vehicles in one or more of the following, or other, respects:

    A.      Failing to pay full time and attention;

    B.      Driving too slow or too fast for the existing conditions;

    C.      Failing to take appropriate evasive and corrective maneuvers; and

    D.      Failing to keep the vehicle under control.

12.  Defendants' conduct, in violation of statutory law, was negligence per se.

13.  As a result of their negligence, Defendants lost control of their vehicles causing a collision with Plaintiff.

14.  As a result of Defendants' negligence and the resulting wreck, Plaintiff Philip Austin suffered severe, permanent and disabling injuries.

15.  The sole and proximate cause of Plaintiff's damages was the negligence and recklessness of the Defendants.

16.  At all times material hereto, Defendant Ventsislav Kramolinski was in the course and scope of his employment with Defendant IMG Trucking, Inc., and accordingly, his employer is vicariously liable for his negligence under the doctrine of *respondeat superior*.

17.  Plaintiff brings this action for the benefit of his employer or its worker's compensation insurer as their interests appear.

18.  As a direct and proximate result of Defendants' negligence, Plaintiff has suffered, and will continue to suffer in the future, hospital, medical, and incidental expenses, permanent injuries and disability, lost wages, scarring and disfigurement, pain, suffering, and loss of enjoyment of life.

WHEREFORE, Plaintiff prays for judgment against the above-named Defendants for their negligence and recklessness in an amount more than $75,000.00, plus costs, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

/s Melinda G. Young
Melinda G. Young, KS Bar # 24309
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Melinda@byinjurylaw.com
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

COMES NOW the Plaintiff, pursuant to applicable law, and respectfully makes

demand for trial by a jury of twelve persons of all issues herein joined.

By:     /s Melinda G. Young
Melinda G. Young, KS Bar # 24309
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Melinda@byinjurylaw.com
Attorney for Plaintiff