IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILIP AUSTIN,

**Plaintiff**

v.  No. 15-0866-DRH

RENDA WEST,
VENTSISLAV KRAMOLINSKI,
and IMG TRUCKING, INC.,

**Defendants.**

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

On August 6, 2015, plaintiff filed suit against defendants based on diversity jurisdiction, 28 U.S.C. § 1332 (Doc. 1). However, a review of the complaint reveals that plaintiff alleged residency rather than citizenship in his complaint. "[R]esidence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction." *Meyerson v. Harrah's E. Chicago Casino,* 299 F.3d 616, 617 (7th Cir. 2002). *See also Tylka v. Gerber Prods. Co.,* 211 F.3d 445, 448 (7th Cir. 2000) ("[A]llegations of residence are insufficient to establish diversity jurisdiction."); *Held v. Held,* 137 F.3d 998, 1000 (7th Cir. 1998) (same). Thus, the Court **DISMISSES without prejudice** plaintiff's complaint. The Court **ALLOWS** plaintiff up to and including August 26, 2015 to file an amended

complaint that comports with this Order.

**IT IS SO ORDERED.**

Signed this 12th day of August, 2015.

Digitally signed by David R. Herndon
Date: 2015.08.12 10:56:02 -05'00'

**United States District Judge**