UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

PHILIP SHANE AUSTIN,

    Plaintiff,

v.

VENTSISLAV KRAMOLINSKI et al,

    Defendant.                          No. 15-cv-866-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 19, 2016(Doc. 37), this case is **DISMISSED** with prejudice.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                       BY:    /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

Dated:  April 25, 2016

                                  Digitally signed by
                                  Judge David R. Herndon
                                  Date: 2016.04.25
                                  10:33:42 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE
        U.S. DISTRICT COURT